# United States District Court
# For the District of Columbia

National Federation of Independent Business

      Plaintiff

vs

The Architectural and Transportation Barriers Compliance Board a/k/a Access Board et al.

      Defendant

CASE NUMBER   1:05CV01329

JUDGE: Paul L. Friedman

DECK TYPE: Administrative Agency Review

DATE STAMP: 07/01/2005

FILED
JUL - 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __National Federation of Independent Business__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __plaintiff__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Signature_

444305
BAR IDENTIFICATION NO.

Minh Vu
Print Name

1227 25th Street, N.W.
Address

Washington, DC    20037
City   State   Zip Code

202-861-0900
Phone Number