# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NATIONAL FEDERATION OF
INDEPENDENT BUSINESS

   1201 F Street, N.W. Suite 200
   Washington, D.C. 20004,

                   Plaintiff,

v.

THE ARCHITECTURAL AND
TRANSPORTATION BARRIERS
COMPLIANCE BOARD
a/k/a ACCESS BOARD

   1331 F Street, NW, Suite 1000
   Washington, DC 20004-1111

and

JAN TUCK, in her official capacity as Chair,
Architectural and Transportation Barriers
Compliance Board a/k/a Access Board

   1331 F Street, NW, Suite 1000
   Washington, DC 20004-1111

                   Defendants.

Civil Action No. 1:05CV01329

## AFFIDAVIT OF SERVICE

       I, Eugene Kim, hereby certify that on July 6, 2005, I caused a copy of the Plaintiff's Complaint and a copy of the Summons to be served on the Honorable Alberto Gonzales, Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania

DC:308754v1

- 2 -

Avenue, N.W., Washington, DC, 20530-0001 by first class registered mail, return receipt requested. The return receipt is attached as Exhibit A.

_July 19, 2005_             _Eugene Kim_

| SENDER: *COMPLETE THIS SECTION* | COMPLETE *THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X   ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery |
| 1. Article Addressed to:<br><br>The Honorable Alberto Gonzales<br>Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7001 0360 0003 9232 1759 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Minh N. Vu
Epstein, Becker and Green, P.C.
1227 25th Street, NW
Washington, D.C. 20037

**Exhibit A**