# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NATIONAL FEDERATION OF
INDEPENDENT BUSINESS

    1201 F Street, N.W. Suite 200
    Washington, D.C. 20004,


                Plaintiff,

    *v.*

THE ARCHITECTURAL AND
TRANSPORTATION BARRIERS
COMPLIANCE BOARD
a/k/a ACCESS BOARD

    1331 F Street, NW, Suite 1000
    Washington, DC 20004-1111

and

JAN TUCK, in her official capacity as Chair,
Architectural and Transportation Barriers
Compliance Board a/k/a Access Board

    1331 F Street, NW, Suite 1000
    Washington, DC 20004-1111


              Defendants.

Civil Action No. 1:05CV01329


## AFFIDAVIT OF SERVICE


       I, Eugene Kim, hereby certify that on July 5, 2005, I caused a copy of the
Plaintiff's Complaint and a copy of the Summons to be served on the Architectural and
Transportation Barriers Compliance Board, a/k/a Access Board, 1331 F Street, NW, Suite 1000,

Washington, DC 20004-1111, by first class registered mail, return receipt requested.  The return receipt is attached as Exhibit A.


_July 19, 2005_                              _Eugene K_____

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _____ □ Agent □ Addressee <br> B. Received by (*Printed Name*)  C. Date of Delivery |
| 1. Article Addressed to: <br><br> The Architectural and Transportation Barriers Compliance Board <br> 1331 F Street, N.W. <br> Suite 1000 <br> Washington, D.C. <br> 20004-1111 | D. Is delivery address different from item 1? □ Yes <br> If YES, enter delivery address below: □ No <br><br><br> 3. Service Type <br> □ Certified Mail  □ Express Mail <br> □ Registered  □ Return Receipt for Merchandise <br> □ Insured Mail  □ C.O.D. <br> 4. Restricted Delivery? (*Extra Fee*)  □ Yes |
| 2. Article Number <br> (*Transfer from service label*) | 7001 0360 0003 9232 1704 |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Minh N. Vu
Epstein, Becker and Green, P.C.
1227 25th St., N.W.
Washington, D.C. 20037

20037+1156

**Exhibit A**