# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NATIONAL FEDERATION OF
INDEPENDENT BUSINESS

    1201 F Street, N.W. Suite 200
    Washington, D.C. 20004,


                      Plaintiff,

    *v.*

THE ARCHITECTURAL AND
TRANSPORTATION BARRIERS
COMPLIANCE BOARD
a/k/a ACCESS BOARD

    1331 F Street, NW, Suite 1000
    Washington, DC 20004-1111

and

JAN TUCK, in her official capacity as Chair,
Architectural and Transportation Barriers
Compliance Board a/k/a Access Board

    1331 F Street, NW, Suite 1000
    Washington, DC 20004-1111


                    Defendants.

Civil Action No. 1:05CV01329


## AFFIDAVIT OF SERVICE


       I, Eugene Kim, hereby certify that on July 6, 2005, I caused a copy of the
Plaintiff's Complaint and a copy of the Summons to be served on Kenneth L. Wainstein, United
States Attorney, United States Attorney's Office for the District of Columbia, 555 4th Street,

DC:308756v1

N.W., Washington, DC 20530, by first class registered mail, return receipt requested.  The return receipt is attached as Exhibit A.

_July 19, 2005_                    _Eugene K_____

**R: COMPLETE THIS SECTION**

plete items 1, 2, and 3. Also complete
4 if Restricted Delivery is desired.
rint your name and address on the reverse
so that we can return the card to you.
Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

Kenneth L. Weinstein
United States Attorney
U.S. Attorney's Office for the District
555   4th Street, N.W.   of Columbia
Washington, D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____     ☐ Agent
                          ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)             ☐ Yes

2. Article Number
   (Transfer from service label)     7001 0360 0003 9232 1698

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class
Postage &
USPS
Permit No.

• Sender: Please print your name, address, and ZIP+4 in this box •

Minh N. Vu
Epstein, Becker and Green, P.C.
1227 25th Street, N.W.
Washington, D.C. 20037

**Exhibit A**