IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL FEDERATION OF INDEPENDENT BUSINESS  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>THE ARCHITECTURAL AND  )<br>TRANSPORTATION BARRIERS  )<br>COMPLIANCE BOARD  )<br>a/k/a/ ACCESS BOARD, et al  )<br>)<br>Defendants.  )<br>) | Case Number: 1:05CV01329<br><br>Hon. Paul L. Friedman |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO
ANSWER OR OTHERWISE PLEAD**

Pursuant to Fed.R.Civ.P. 6(b), defendant respectfully requests an extension of time to answer or otherwise plead. Defendants' answer is currently due to be filed Tuesday, September 6. Due to the press of other litigation as well as a previously planned vacation from August 19-29, defendants' counsel will be unable to respond by that time. Defendants therefore request a three-week extension of time until Tuesday, September 27 to respond. Defendants' counsel has conferred with plaintiff's counsel and she does not oppose this extension.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

                                                                /s/
                                       _____
                                       HENRY AZAR D.C. Bar # 417249
                                       MARSHA S. EDNEY D.C. Bar # 414271
                                       U.S. Department of Justice
                                       Federal Programs Branch
                                       20 Massachusetts Ave, N.W., Room 7148
                                       Washington, D.C. 20530
                                       (202) 514-4520