IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL FEDERATION OF INDEPENDENT BUSINESS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE ARCHITECTURAL AND )<br>TRANSPORTATION BARRIERS )<br>COMPLIANCE BOARD )<br>a/k/a/ ACCESS BOARD, et al )<br>)<br>Defendants. )<br>) | Case Number: 1:05CV01329<br><br>Hon. Paul L. Friedman |

PROPOSED ORDER

Upon consideration of the Unopposed Motion for an extension of time in which to respond to answer or otherwise plead, it is hereby ORDERED, that the motion for an extension of time is GRANTED;

And it is further ORDERED, that defendants shall file their Response to the Complaint on or before September 27, 2005.

Dated: _____

                     Paul L. Friedman
                     U.S. DISTRICT JUDGE