IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL FEDERATION OF INDEPENDENT BUSINESS )<br>)<br>Plaintiff,    )<br>)<br>v.          )<br>)<br>THE ARCHITECTURAL AND )<br>TRANSPORTATION BARRIERS )<br>COMPLIANCE BOARD )<br>a/k/a/ ACCESS BOARD, et al )<br>)<br>Defendants.    )<br>) | Case Number: 1:05CV01329<br><br>Hon. Paul L. Friedman |

**ORDER**

Upon consideration of Defendants' Motion to Dismiss, and any opposition thereto, it is hereby ORDERED

that Defendant's Motion is GRANTED and the Complaint is DISMISSED.


DATED:_____        _____
                                                                   Honorable Paul L. Friedman