IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL FEDERATION OF<br>INDEPENDENT BUSINESS<br><br>   1201 F Street, N.W. Suite 200<br>   Washington, D.C. 20004,<br><br>                   Plaintiff,<br><br>   *v.*<br><br>THE ARCHITECTURAL AND<br>TRANSPORTATION BARRIERS<br>COMPLIANCE BOARD<br>a/k/a ACCESS BOARD<br><br>   1331 F Street, NW, Suite 1000<br>   Washington, DC 20004-1111<br><br>and<br><br>JAN TUCK, in her official capacity as Chair,<br>Architectural and Transportation Barriers<br>Compliance Board a/k/a Access Board<br><br>   1331 F Street, NW, Suite 1000<br>   Washington, DC 20004-1111<br><br>                 Defendants. | Civil Action No. 1:05CV01329 |

**JOINT MOTION FOR AN ENLARGEMENT OF TIME FOR PLAINTIFF
TO OPPOSE DEFENDANTS' MOTION TO DISMISS AND
FOR DEFENDANTS TO REPLY TO PLAINTIFF'S OPPOSITION**

      Pursuant to Fed.R.Civ.P. 6(b), plaintiff National Federal of Independent Business and

defendants The Access Board and Jan Tuck respectfully request that the Court enlarge the period

DC:386198v1

of time for plaintiff to oppose defendants' Motion to Dismiss, and for defendants to reply to such opposition, to the following dates:

Plaintiff's Opposition to Motion to Dismiss: due October 28, 2005.

Defendants' Reply to Opposition to Motion to Dismiss: due November 10, 2005.

The enlargement is necessary to allow the parties to fully brief the important and complex issues raised in the Motion to Dismiss, and to accommodate the respective parties' counsels' other work obligations which include business-related travel.

Dated: September 28, 2005                     Respectfully submitted,

EPSTEIN BECKER & GREEN, P.C.

_____/s/_____
Frank C. Morris, Jr.
(D.C. Bar No. 211482)
Minh N. Vu
(D.C. Bar No. 444305)
1227 25th Street, N.W.
Washington, D.C. 20037
(202) 861-0900
(202) 296-2882 (fax)
Counsel for Plaintiff

OF COUNSEL:

Karen R. Harned
(D.C. Bar No. 456803)
Elizabeth Gaudio
(D.C. Bar No. 458688)
NFIB Legal Foundation
1201 F Street, NW
Suite 200
Washington, DC 20004
Telephone:  (202) 314-2061
Facsimile:   (202) 484-1566
Counsel for Plaintiff

>PETER D. KEISLER
>Assistant Attorney General
>
>KENNETH L. WAINSTEIN
>United States Attorney
>
>_____/s/_____
>HENRY AZAR D.C. Bar # 417249
>MARSHA S. EDNEY D.C. Bar # 41427
>U.S. Department of Justice
>Federal Programs Branch
>20 Massachusetts Ave., N.W., Room 7148
>Washington, DC 20530
>(202) 514-4520
>
>
>Counsel for Defendants

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL FEDERATION OF<br>INDEPENDENT BUSINESS<br><br>　　1201 F Street, N.W. Suite 200<br>　　Washington, D.C. 20004,<br><br>　　　　　　　　Plaintiff,<br><br>　　*v.*<br><br>THE ARCHITECTURAL AND<br>TRANSPORTATION BARRIERS<br>COMPLIANCE BOARD<br>a/k/a ACCESS BOARD<br><br>　　1331 F Street, NW, Suite 1000<br>　　Washington, DC 20004-1111<br><br>and<br><br>JAN TUCK, in her official capacity as Chair,<br>Architectural and Transportation Barriers<br>Compliance Board a/k/a Access Board<br><br>　　1331 F Street, NW, Suite 1000<br>　　Washington, DC 20004-1111<br><br>　　　　　　　　Defendants. | Civil Action No. 1:05CV01329<br><br>Hon. Paul L. Friedman |

**PROPOSED ORDER**

Upon consideration of the Joint Motion for an Enlargement of Time for Plaintiff to Oppose Defendants' Motion to Dismiss and for Defendants to Reply To Plaintiff's Opposition, it is hereby ORDERED, that the motion for an enlargement of time is GRANTED;

DC:386198v1

-2-

And it is further ORDERED, that plaintiff shall file its opposition to defendants' Motion to Dismiss on or before October 28, 2005, and defendants shall file their reply on or before November 10, 2005.

Dated: _____          _____
                                       Paul L. Friedman
                                       U.S. DISTRICT JUDGE