IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL FEDERATION OF )<br>INDEPENDENT BUSINESS' )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE ARCHITECTURAL AND )<br>TRANSPORTATION BARRIERS )<br>COMPLIANCE BOARD )<br>A/K/A ACCESS BOARD ET AL., )<br>)<br>Defendants. ) | Civil Action No. 1:05CV01329<br><br>The Honorable Paul L. Friedman |

## **ORDER**

Upon consideration of Defendant's Motion to Dismiss and Plaintiff's opposition thereto, it is hereby ORDERED

that Defendants' Motion to Dismiss is DENIED.

Dated: _____

                                                                               Honorable Paul L. Friedman
                                                                               U.S. District Judge

With copies to:

Minh N. Vu, Esq.
Frank C. Morris, Jr., Esq.
EPSTEIN BECKER & GREEN, P.C
1227 25th Street, N.W.
Washington, D.C. 20037
(202) 861-0900
(202) 296-2882 (fax)

Counsel for Plaintiff

Stuart A. Licht, Esq.
Marsha S. Edney, Esq.
U.S. Department of Justice
Federal Programs Branch
20 Massachusetts Avenue, N.W. Room 7148
Washington, D.C. 20530

Counsel for Defendants

403279 v 2