**EXHIBIT A**

## **DECLARATION OF KAREN R. HARNED**

I, Karen R. Harned, state as follows:

1.   I am the Executive Director of the National Federation of Independent Business (NFIB)'s Legal Foundation. I have held this position since 2002.

2.   NFIB is the nation's oldest and largest non-profit national organization dedicated to representing the interests of small business owners throughout all 50 states. In 2000, NFIB established the Legal Foundation to protect small businesses from burdensome and costly government regulations, and to ensure, through the vehicle of judicial review, that federal and state regulators faithfully abide by the laws that were enacted to protect America's small businesses. One such statute is the Regulatory Flexibility Act (RFA). In the last five years, NFIB has brought two other actions challenging violations of the RFA by federal agencies.

3.   NFIB has 600,000 members. NFIB's national membership owns a wide variety of America's small businesses. NFIB's members independently own and operate their businesses and are not dominant in their field of operations. The majority of NFIB members have five employees, gross sales of approximately $350,000 per year, and net profits of $40,000 to $50,000 annually. NFIB members own and/or operate public accommodations/commercial facilities such as restaurants, retailers, dry cleaners, professional and other service providers, day care centers, transient lodgings, recreational facilities and health clubs.

4.   As small businesses that are regulated by the ADA, NFIB's members have a legally cognizable right in having the Access Board comply with the regulatory processes mandated by the RFA – processes which Congress put in place for their benefit

and protection. The Access Board's failure to follow the RFA's procedures has violated these small businesses' legal rights under the RFA and has resulted in the issuance of a final rule without any consideration of the rule's impact on small entities and less burdensome regulatory alternatives.

I declare under penalty of perjury that the statements above are true and correct.

_Karen R. Harned_                10/26/2005
KAREN R. HARNED                  DATE