**EXHIBIT B**

## **DECLARATION OF E. JOHN CARLSON**

I, E. John Carlson, declare and state as follows:

1. The facts contained in this Declaration are based on my personal knowledge.

2. I have been a member of the National Federation of Independent Business (NFIB) since 1995.

3. In 2003, I purchased two commercial properties which I own and manage through two limited liability companies.

4. One building, located at 3215 Broadway in Fargo, North Dakota, houses a commercial bank and a dental office (the "Bank Building"). The other building, located at 3101 Broadway in the same city, houses a restaurant (the "Restaurant Building").

5. I am the only stakeholder in the two limited liability companies that own the two buildings, and my business is not in any way dominant in its field of operation.

6. My buildings were both constructed prior to 1993. However, I have made a number of alterations to the buildings since I purchased them in 2003. When I first acquired the Restaurant Building, I made a number of improvements, including correcting the door closing mechanism at the entrance, re-striping the parking lot to create accessible parking spaces for disabled customers, and installing a ramp from the parking lot to the sidewalk. I paid for these changes. I was and continue to be aware that the Americans with Disabilities Act (ADA) requires me to take steps to make my buildings accessible to persons with disabilities.

7. I made much more substantial changes to the Bank Building. I constructed a new 10' x 20' addition and created new entrances for both the bank and the dental office. In the

DC:385756v2

- 2 -

bank space, I renovated the single user public restrooms in accordance with ADA accessibility standards. In addition, I installed an automatic door opener at the entrance to the bank which makes it easier for people with disabilities to use the door. In short, the ADA standards for accessibility are having a direct impact on my small business.

8. I understand that the federal government has issued a comprehensive new set of ADA accessibility guidelines that will require commercial buildings and businesses serving the public to be even more accessible in the future in many respects. I believe that the government was required to consider alternative approaches for small businesses such as mine which have very limited resources to comply with the ADA. Such consideration could have resulted in less stringent standards for small businesses that would have lessened my burden under the ADA.

9. I am certain that I will be making additional alterations to my two buildings in the future and that I will have to comply with whatever ADA standards will be in effect at that time. The dental office lease expires in two years, and the restaurant lease expires in five years. Since these spaces will be over forty years old, I will have to make alterations to update them. I will be responsible for the cost of the alterations at my properties and additional costs that will be imposed by the new guidelines.

I declare under penalty of perjury that the foregoing is true and correct.

_____          10/10/05
E. John Carlson                                            Date