**EXHIBIT C**

## Board Rulemaking

About the Board | Home

The Board develops and maintains design requirements for the built environment, transportation vehicles, telecommunications equipment. It also develops standards for electronic and information technology in the Federal sector.

### Process

The Board develops its accessibility requirements under several laws and follows a process common to most Federal regulations which provides an opportunity for public comment. It has become standard practice for the Board to establish advisory or regulatory negotiation committees to help develop or update its accessibility guidelines and standards. This is the typical process the Board follows in developing rules:

- Create an advisory committee to develop recommendations on the requirements of a rule.
- Develop a proposed rule based on committee recommendations, add preamble (discussion), figures, and commentary and prepare a regulatory assessment.
- Submit rule and assessment to the Office of Management and Budget (OMB) for clearance; OMB has 90 days to complete its review.
- Publish proposed rule in the *Federal Register* for public comment; the comment period usually lasts 30 - 120 days starting from publication. Public hearings may be held during this period.
- Review comments and make changes to the rule as necessary.
- Re-submit rule to OMB along with final regulatory assessment; OMB has 90 days to complete its review.
- Publish final rule in the *Federal Register*.

### Advisory and "Reg-Neg" Committees

Advisory committees and regulatory negotiation committees allow interested groups, including those representing designers, industry, and people with disabilities, to play a substantive role in the Board's development of guidelines which are then proposed for public comment. Regulatory negotiation or "reg-neg" committees are similar to advisory committees in their structure and work; the main difference with a regulatory negotiation is a commitment on the government's part to propose a rule based on the committee's work without any substantive change. The Board has established committees covering:

- Recreation Access (1993-94)
- Review of ADAAG (1994-96)
- Play Facilities (1996-97)
- Telecommunications Access Advisory Committee (1996-97)
- Outdoor Developed Areas (97-99)
- Electronic and Information Technology Access Advisory Committee (1998-99)
- Passenger Vessels (98-00)
- Public Rights-of-Way (99-00)

### Guidelines and Standards

In most cases, the Board develops "guidelines," which do not directly affect the public but instead serve as the basis for "standards" issued by other agencies, which do. (The Board is responsible for standards covering electronic and information technology in the Federal sector). In this sense, Board guidelines serve as the minimum baseline for the enforceable standards. Board guidelines and standards include:

- ADA Accessibility Guidelines (ADAAG) for Buildings and Facilities
- ADA Accessibility Guidelines (ADAAG) for Transportation Vehicles

- Uniform Federal Accessibility Standards (UFAS)
- Telecommunications Act Accessibility Guidelines
- Electronic and Information Technology Accessibility Standards

Visit **Guidelines and Standards** for further information on these requirements.

**Coordination with Private Organizations**

The Board routinely coordinates with private sector standards organizations. Such **coordination** has a two-fold purpose: it allows the Board to encourage or enhance the coverage of accessibility by industry standards and also advances the harmonization of Board guidelines and industry standards.

Board Members | Meetings | Annual Report | Laws | Board History | Rulemaking | Policies