IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL FEDERATION OF INDEPENDENT BUSINESS<br><br>Plaintiff,<br><br>v.<br><br>THE ARCHITECTURAL AND TRANSPORTATION BARRIERS COMPLIANCE BOARD a/k/a/ ACCESS BOARD, et al<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)   Case Number: 1:05CV01329<br>)<br>)<br>)   Hon. Paul L. Friedman<br>)<br>)<br>)<br>)<br>) |

**UNOPPOSED MOTION FOR EXTENSION OF
TIME TO FILE REPLY BRIEF**

Pursuant to Fed.R.Civ.P. 6(b), defendants respectfully request an extension of time to file a reply brief. Defendants' brief is currently due to be filed Thursday, November 10. Due to the press of other litigation including travel to California from November 3 through November 7, and again on November 15-November 16, defendants' counsel will be unable to respond by that time. Defendants therefore request an extension time until Tuesday, November 22 to respond. Defendants' counsel has conferred with plaintiff's counsel and she does not oppose this extension.

Dated: November 2, 2005        Respectfully submitted,

                                PETER D. KEISLER
                                Assistant Attorney General

                                KENNETH L. WAINSTEIN
                                United States Attorney

                                        /s/
                                STUART A. LICHT. (NY Bar)
                                MARSHA S. EDNEY D.C. Bar # 414271
                                U.S. Department of Justice
                                Federal Programs Branch
                                20 Massachusetts Ave, N.W., Room 7148
                                Washington, D.C. 20530
                                (202) 514-4520