IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL FEDERATION OF INDEPENDENT BUSINESS | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case Number: 1:05CV01329 |
| THE ARCHITECTURAL AND TRANSPORTATION BARRIERS COMPLIANCE BOARD a/k/a/ ACCESS BOARD, et al | ) ) ) ) ) | Hon. Paul L. Friedman |
| Defendants. | ) ) ) | |

PROPOSED ORDER

Upon consideration of Defendants' Unopposed Motion for an extension of time in which to file a reply brief, it is hereby ORDERED, that the motion for an extension of time is GRANTED;

And it is further ORDERED, that defendants shall file their Response to the Complaint on or before November 22, 2005.

Dated: _____

                                                          Paul L. Friedman
                                                          U.S. DISTRICT JUDGE