IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL FEDERATION OF INDEPENDENT BUSINESS,<br><br>                  Plaintiff,<br><br>v.<br><br>THE ARCHITECTURAL AND TRANSPORTATION BARRIERS COMPLIANCE BOARD A/K/A ACCESS BOARD ET AL.,<br><br>                  Defendants. | Civil Action No. 1:05CV01329<br><br>The Honorable Paul L. Friedman |

## NOTICE OF APPEARANCE

Please take notice that Frank C. Morris, Jr. of the law firm of Epstein, Becker & Green, P.C. hereby enters his appearance on behalf of Plaintiff, National Federation of Independent Business, in this matter.

                                                                                                     Respectfully submitted,

                                                                                                     EPSTEIN BECKER & GREEN, P.C.

                                                                                                     /s/
                                                                             Frank C. Morris, Jr. (Bar No. 211482)
                                                                             Minh N. Vu (Bar No. 444305)
                                                                             1227 25th Street, N.W.
                                                                             Suite 700
                                                                             Washington, D.C. 20037
                                                                             (202) 861-0900
                                                                             (202) 296-2882 (fax)

DATED: November 28, 2005                        Counsel for Plaintiff

DC:448676v1

## CERTIFICATE OF SERVICE

I certify that on November 28, 2005, a copy of the foregoing Plaintiff's Notice of Appearance was sent to the attorneys identified below by First Class mail:

>Stuart A. Licht, Esq.
>Marsha S. Edney, Esq.
>U.S. Department of Justice
>Federal Programs Branch
>20 Massachusetts Avenue, N.W. Room 7148
>Washington, D.C. 20530

_____/s/_____

Minh N. Vu