UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

NOV - 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NATIONAL FEDERATION OF )
INDEPENDENT BUSINESS, )
)
)
Plaintiff, )
)
v. ) Civil Action No. 05-1329 (PLF)
)
THE ARCHITECTURAL AND )
TRANSPORTATION BARRIERS )
COMPLIANCE BOARD )
a/k/a/ ACCESS BOARD, et al., )
)
Defendants. )
)

ORDER

For the reasons explained in the Memorandum Opinion issued this same day, it is hereby

ORDERED that the defendants' motion [8] to dismiss is GRANTED; and it is

FURTHER ORDERED that this case is dismissed for lack of subject matter jurisdiction and the Clerk of the Court shall remove this case from the docket of the Court. This is a final appealable order. See FED. R. APP. P. 4(a). All other pending motions are denied as moot.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 11/3/06